UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>BRANDON DEVON RAY JOHNSON,<br>Defendant. | No. 2:13-cr-00390-DC<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: THE UNITED STATES MARSHAL SERVICE.

This is to authorize and direct you to release BRANDON DEVON RAY JOHNSON Case No. 2:13-cr-00390-DC, from custody for the following reason:

___ Release on Personal Recognizance

___ Bail Posted in the Sum of $______

___ Unsecured Appearance Bond

___ Appearance Bond with 10% Deposit

___ Appearance Bond with Surety

___ Corporate Surety Bail Bond

_x_ (Other): Time Served to be released to Father Luther Johnson or the investigator from Defense Counsel Dina Santo's office to be transported directly to Salvation Army's Hope Harbor/Adult Rehabilitation Program.

Issued at Sacramento, California on July 31, 2026 at 11:00 a.m. :

IT IS SO ORDERED.

Dated: **July 31, 2026**

Dena Coggins
United States District Judge